JOSEPHINE M. GERRARD (CBN 303221)
Gerrard Law Offices
1791 Solano Avenue, Suite F01
Berkeley, California 94707
Tel (510) 838-0529
Fax (510) 280-1635
jo@gerrardlawoffices.com

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD JOSEPH MIZERIK,<br><br>    Plaintiff.<br>  vs.<br><br> NANCY A. BERRYHILL,<br><br> Acting Commisioner of Social Security,<br><br>    Defendant. | Case No. 2:17-cv-02335 CKD<br><br>STIPULATION AND ORDER TO TRANSFER VENUE TO UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA |

# STIPULATION TO TRANSFER VENUE

Pursuant to 28 U.S.C. § 1404(a), Plaintiff Donald Joseph Mizerik and Defendant Commissioner of Social Security through their counsel of record, file this stipulation to transfer venue to the United States District Court of Northern California pursuant to 28 U.S.C. § 1404(a).

In support therefore, respectfully show:

On November 8, 2017 Plaintiff filed a Complaint against Defendant in the Eastern District with a Civil Cover sheet stating Plaintiff resides in Santa Clara County. Attorney's legal assistant inaccurately believed Santa Clara County was within the venue of the Eastern District. Plaintiff paid court fees timely and served Defendant appropriately.

On February 20, 2018 Defendant's Counsel detected the error. Plaintiff and Defendant stipulated to a change in venue and the proposed order is attached.

Respectfully Submitted,

    Josephine M. Gerrard, Attorney for Plaintiff
    Donald Joseph Mizerik

Stipulation to transfer venue to the U.S. Northern District Court of California

In light of the above, the instant action could have been brought in the Eastern District of California and a transfer of venue to that district is appropriate. It is so stipulated:

   By:                                    /s/ Josephine Gerrard

   Dated: February 20, 2018

                                          JOSEPHINE M. GERRARD
                                          Gerrard Law Offices
                                          1791 Solano Avenue, Suite
                                          F01 Berkeley, California 94707
                                          Tel (510) 838-0529
                                          Fax (510) 280-1635

                                          jo@gerrardlawoffices.com

                                          /s/ Ellinor R. Coder( by phone)
                                          ELLINOR R. CODER
                                          Special Assistant
                                          U.S. Attorney Attorneys for Defendant

                                          **Edward Alan Olsen , ss**
                                          United States Attorney

Stipulation to transfer venue to the U.S. Northern District Court of California

## ORDER

The Court finds that venue would be proper in the Northern District of California, that a transfer would serve the convenience of the parties and that a transfer would promote the interest of justice. Accordingly, pursuant to 28 U.S.C. 1404(a) and the stipulation of the parties, this action is transferred to the United States District Court for the Northern District of California.

IT IS SO ORDERED.

Dated: February 22, 2018

*/s/ Carolyn K. Delaney*
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

Stipulation to transfer venue to the U.S. Northern District Court of California